| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) O'Neill, Lawrence J | 2. Court or Organization Eastern District of California | 3. Date of Report 04/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☒ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address United States Courthouse 2500 Tulare Street Fresno, California 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Board of Director | Federal Bar Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of California Judges Retirement Plan (pension commences at age 62) |
| 2. | |
| 3. | |

O'Neill, Lawrence J.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 04/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 04/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prudential Fin Inc (Schwab acct) | C | Interest | L | T | | | | | |
| 2. Metropolital West STrategic Income (Schwab) IRA | B | Dividend | K | T | sell | 04/16 | K | | |
| 3. North Track Geneva Growth Fund (Schwab) IRA | A | Interest | J | T | | | | | |
| 4. RS Global Natural Resources Fund (Schwab) IRA | B | Interest | K | T | | | | | |
| 5. Kensington Strategic Realty Fund (Schwab) IRA | A | Distribution | J | T | | | | | |
| 6. Dodge and Cox Stock Fund (Schwab) | C | Dividend | L | T | | | | | |
| 7. Artisan Intl Small Cap Fund (Schwab) | B | Interest | K | T | | | | | |
| 8. American Fund New World (Schwab)(IRA) | A | Interest | J | T | | | | | |
| 9. I-Shares Russell 1000 Value Index Fund (Schwab) | A | Interest | K | T | sell | 01/26 | K | | |
| 10. Schwab US Treasury Money fund (IRA) | A | Interest | K | T | | | | | |
| 11. Longleaf Partners Fund (Schwab) (IRA) | C | Interest | J | T | sell | 01/26 | J | | |
| 12. Wells Fargo Bank Trust #1 | A | Interest | J | T | | | | | |
| 13. Ameican Fund New World (Schwab) IRA | B | Dividend | K | T | sell | 01/30 | J | | |
| 14. RS Global Natural (Schwab) IRA | A | Interest | J | T | buy | 01/30 | | | |
| 15. First Eagle Overseas (Schwab) | A | Interest | J | T | buy | 01/30 | J | | |
| 16. American Funds New World (Schwab) IRA | A | Dividend | J | T | buy | 01/26 | J | | |
| 17. Kensington Select Income (Schwab) IRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Longleaf Partners Fund IRA (Schwab) | A | Interest | K | T | | | | | |
| 19. Clovis Community Bank | A | Interest | J | T | | | | | |
| 20. Argonaut Corp, Livermore, California 1985 $84,200 Trust #1 | D | Distribution | M | R | | | | | |
| 21. Columbia Housing IX Ltd prtner 1988 $25,767 (trust #1) | B | Distribution | K | R | | | | | |
| 22. Wells Fargo Bank, acct #2 | A | Interest | J | T | | | | | |
| 23. Desert Funding, Inc. Mortgage Note (Trust #1) | D | Interest | M | T | | | | | |
| 24. Macwest Riverside Housing Inv, LLC | | None | M | U | | | | | |
| 25. California State University Revenue Muni Bond | A | Interest | K | T | | | | | |
| 26. Dallas/Ft. Worth, Texas Intl Muni Bond | B | Interest | K | T | | | | | |
| 27. Oregon Go Elderly/Disabled muni bond | A | Interest | J | T | | | | | |
| 28. American Fund Am Cap Fund Schwabb | A | Dividend | K | T | sell | 01/26 | K | | |
| 29. Puerto Rico Electric Power Muni bond | A | Interest | K | T | | | | | |
| 30. San Francisco Intl Airport muni Bond | A | Interest | J | T | | | | | |
| 31. St. Louis MO Airport muni bond | A | Interest | J | T | | | | | |
| 32. Permanent Portfolio (Schwab) | A | Dividend | K | T | sell | 05/01 | | | |
| 33. Bank of America Sub Not corporate bonds | B | Interest | K | T | | | | | |
| 34. General Electric Cap Corporate bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GTE North Inc bond | A | Interest | J | T | | | | | |
| 36. Key Bank corporate bond | B | Interest | K | T | | | | | |
| 37. Laclede Gas Co 1st mortgage | B | Interest | J | T | | | | | |
| 38. Pacifric Bell corp bond | B | Interest | K | T | | | | | |
| 39. Providence Gas Co bond | A | Interest | J | T | | | | | |
| 40. Prudential Finl Inc corporate bond | B | Interest | K | T | | | | | |
| 41. Southwestern Bell Te. Co corporate bond | B | Interest | K | T | | | | | |
| 42. Bank of America stock | A | Dividend | J | T | sell | 06/17 | J | | |
| 43. American Funds, Fund Inv F, | B | Dividend | J | T | sell | 01/30 | J | | |
| 44. American Funds, Fund Inv F-1 | A | Dividend | K | T | buy | 01/26 | K | | |
| 45. Capital World Growth and Income mutual fund | A | Interest | J | T | | | | | |
| 46. Pureto Rico Convention Center bonds | B | Interest | K | T | | | | | |
| 47. Contra Costa Community College bonds | A | Interest | J | T | | | | | |
| 48. Encinitas Ca Public Library Constructiion Bonds | A | Interest | J | T | | | | | |
| 49. Schwab Govt Money Fund: IRA--Schwabb | A | Interest | K | T | | | | | |
| 50. Morgan Stanley CD (Schwab) | B | Interest | K | T | | | | | |
| 51. Schwab Govt Money Fund: Schwabb | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 ~More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguad Ca Interm Term Tax Exempt FD (Schwab) | C | Interest | L | T | buy | 01/26 | K | | |
| 53. Vanguard Primecap Core Fund | B | Interest | K | T | buy | 04/17 | K | | |
| 54. TCW Total Return Bond (schwab) IRA | C | Interest | K | T | buy | 04/17 | K | | |
| 55. TCW Total Return Bond (schwab) IRA | C | Interest | K | T | sell | 12/10 | | | |
| 56. JP Morgan Highbridge Stat Mkt Neutral Select CL | B | Dividend | K | T | buy | 08/05 | K | | |
| 57. Loomis Sayles Bond Cl (Schwab) (IRA) | B | Dividend | K | T | buy | 08/05 | K | | |
| 58. Tweedy Brown Global Fund (schwab--IRA) | B | Dividend | K | T | | | | | |
| 59. Vanguard GNMA Fund Investor Share (IRA) | B | Dividend | K | T | | | | | |
| 60. Schwab Ca Muni Money Fd Sweep shares | A | Interest | J | T | | | | | |
| 61. Pimco All Asset Fund, Instit class Schwab | B | Interest | K | T | | | | | |
| 62. SCH Ca Muni Money Fd shares (Schwab) | D | Interest | M | T | | | | | |
| 63. San Francisco Calif City/County Public Utility bonds | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 04/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 04/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _April 12, 2010_

NOTE: ANY I[...]FIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMIN[...]

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) O'Neill, Lawrence J | 2. Court or Organization Eastern District of California | 3. Date of Report 03/01/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☒ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address United States Courthouse 2500 Tulare Street Fresno, California 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Board of Director | Federal Bar Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of California Judges Retirement Plan (pension commences at age 62) |
| 2. | |
| 3. | |

2010 MAR -9 P 3:09 FINANCIAL DISCLOSURE OFFICE RECEIVED

O'Neill, Lawrence J.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 03/01/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ●'Neill, Lawrence J | 03/01/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 03/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Prudential Fin Inc (Schwab acct) | C | Interest | L | T | | | | | |
| 2. Metropolital West STrategic Income (Schwab) IRA | B | Dividend | K | T | sell | 04/16 | K | | |
| 3. North Track Geneva Growth Fund (Schwab) IRA | A | Interest | J | T | | | | | |
| 4. RS Global Natural Resources Fund (Schwab) IRA | B | Interest | K | T | | | | | |
| 5. Kensington Strategic Realty Fund (Schwab) IRA | A | Distribution | J | T | | | | | |
| 6. Dodge and Cox Stock Fund (Schwab) | C | Dividend | L | T | | | | | |
| 7. Artisan Intl Small Cap Fund (Schwab) | B | Interest | K | T | | | | | |
| 8. American Fund New World (Schwab)(IRA) | A | Interest | J | T | | | | | |
| 9. I-Shares Russell 1000 Value Index Fund (Schwab) | A | Interest | K | T | sell | 01/26 | K | | |
| 10. Schwab US Treasury Money fund (IRA) | A | Interest | K | T | | | | | |
| 11. Longleaf Partners Fund (Schwab) (IRA) | C | Interest | J | T | sell | 01/26 | J | | |
| 12. Wells Fargo Bank Trust #1 | A | Interest | J | T | | | | | |
| 13. American Fund New World (Schwab) IRA | B | Dividend | K | T | sell | 01/30 | J | | |
| 14. RS Global Natural (Schwab) IRA | A | Interest | J | T | buy | 01/30 | | | |
| 15. First Eagle Overseas (Schwab) | A | Interest | J | T | buy | 01/30 | J | | |
| 16. American Funds New World (Schwab) IRA | A | Dividend | J | T | buy | 01/26 | J | | |
| 17. Kensington Select Income (Schwab) IRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | Hi =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 03/01/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Longleaf Partners Fund IRA (Schwab) | A | Interest | K | T | | | | | |
| 19. Clovis Community Bank | A | Interest | J | T | | | | | |
| 20. Argonaut Corp. Livermore, California 1985 $84,200 Trust #1 | D | Distribution | M | R | | | | | |
| 21. Columbia Housing IX Ltd prtner 1988 $25,767 (trust #1) | B | Distribution | K | R | | | | | |
| 22. Wells Fargo Bank, acct #2 | A | Interest | J | T | | | | | |
| 23. Desert Funding, Inc. Mortgage Note (Trust #1) | D | Interest | M | T | | | | | |
| 24. Macwest Riverside Housing Inv, LLC | | None | M | U | | | | | |
| 25. California State University Revenue Muni Bond | A | Interest | K | T | | | | | |
| 26. Dallas/Ft. Worth, Texas Intl Muni Bond | B | Interest | K | T | | | | | |
| 27. Oregon Go Elderly/Disabled muni bond | A | Interest | J | T | | | | | |
| 28. American Fund Am Cap Fund Schwabb | A | Dividend | K | T | sell | 01/26 | K | | |
| 29. Puerto Rico Electric Power Muni bond | A | Interest | K | T | | | | | |
| 30. San Francisco Intl Airport muni Bond | A | Interest | J | T | | | | | |
| 31. St. Louis MO Airport muni bond | A | Interest | J | T | | | | | |
| 32. Permanent Portfolio (Schwab) | A | Dividend | K | T | sell | 05/01 | | | |
| 33. Bank of America Sub Not corporate bonds | B | Interest | K | T | | | | | |
| 34. General Electric Cap Corporate bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 03/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month · Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GTE North Inc bond | A | Interest | J | T | | | | | |
| 36. Key Bank corporate bond | B | Interest | K | T | | | | | |
| 37. Laclede Gas Co 1st mortgage | B | Interest | J | T | | | | | |
| 38. Pacifric Bell corp bond | B | Interest | K | T | | | | | |
| 39. Providence Gas Co bond | A | Interest | J | T | | | | | |
| 40. Prudential Finl Inc corporate bond | B | Interest | K | T | | | | | |
| 41. Southwestern Bell Te. Co corporate bond | B | Interest | K | T | | | | | |
| 42. Bank of America stock | A | Dividend | J | T | sell | 06/17 | J | | |
| 43. American Funds, Fund Inv F, | B | Dividend | J | T | sell | 01/30 | J | | |
| 44. American Funds, Fund Inv F-1 | A | Dividend | K | T | buy | 01/26 | K | | |
| 45. Capital World Growth and Income mutual fund | A | Interest | J | T | | | | | |
| 46. Pureto Rico Convention Center bonds | B | Interest | K | T | | | | | |
| 47. Contra Costa Community College bonds | A | Interest | J | T | | | | | |
| 48. Encinitas Ca Public Library Constructiion Bonds | A | Interest | J | T | | | | | |
| 49. Schwab Govt Money Fund: IRA--Schwabb | A | Interest | K | T | | | | | |
| 50. Morgan Stanley CD (Schwab) | B | Interest | K | T | | | | | |
| 51. Schwab Govt Money Fund: Schwabb | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 03/01/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguad Ca Interm Term Tax Exempt FD (Schwab) | C | Interest | L | T | buy | 01/26 | K | | |
| 53. Vanguard Primecap Core Fund | B | Interest | K | T | buy | 04/17 | | | |
| 54. TCW Total Return Bond (schwab) IRA | C | Interest | K | T | buy | 04/17 | | | |
| 55. TCW Total Return Bond (schwab) IRA | C | Interest | K | T | sell | 12/10 | | | |
| 56. JP Morgan Highbridge Stat Mkt Neutral Select CL | B | Dividend | K | T | buy | 08/05 | K | | |
| 57. Loomis Sayles Bond Cl (Schwab) (IRA) | B | Dividend | K | T | buy | 08/05 | | | |
| 58. Tweedy Brown Global Fund (schwab--IRA) | B | Dividend | K | T | | | | | |
| 59. Vanguard GNMA Fund Investor Share (IRA) | B | Dividend | K | T | | | | | |
| 60. Schwab Ca Muni Money Fd Sweep shares | A | Interest | J | T | | | | | |
| 61. Pimco All Asset Fund, Instit class Schwab | B | Interest | K | T | | | | | |
| 62. SCH Ca Muni Money Fd shares (Schwab) | D | Interest | M | T | | | | | |
| 63. San Francisco Calif City/County Public Utility bonds | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date _3 - 1 - 1 0_____

NOTE: ANY INDIVID[...]S OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Neill, Lawrence J | Eastern District of California | 01/13/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge (active) | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2009 to 12/31/2009 |
| | 5b. ☒ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse 2500 Tulare Street Fresno, California 93721 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Board of Director | Federal Bar Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of California Judges Retirement Plan (pension commences at age 62) |
| 2. | |
| 3. | |

RECEIVED 2010 JAN 25 A 11:10 FINANCIAL DISCLOSURE OFFICE

O'Neill, Lawrence J.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 01/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4 | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 01/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 01/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prudential Fin Inc (Schwab acct) | C | Interest | L | T | | | | | |
| 2. Metropolital West STrategic Income (Schwab) IRA | B | Dividend | K | T | sell | 04/16 | K | | |
| 3. North Track Geneva Growth Fund (Schwab) IRA | A | Interest | J | T | | | | | |
| 4. RS Global Natural Resources Fund (Schwab) IRA | B | Interest | K | T | | | | | |
| 5. Kensington Strategic Realty Fund (Schwab) IRA | A | Distribution | J | T | | | | | |
| 6. Dodge and Cox Stock Fund (Schwab) | C | Dividend | L | T | | | | | |
| 7. Artisan Intl Small Cap Fund (Schwab) | B | Interest | K | T | | | | | |
| 8. American Fund New World (Schwab)(IRA) | A | Interest | J | T | | | | | |
| 9. I-Shares Russell 1000 Value Index Fund (Schwab) | A | Interest | K | T | sell | 01/26 | K | | |
| 10. Schwab US Treasury Money fund (IRA) | A | Interest | K | T | | | | | |
| 11. Longleaf Partners Fund (Schwab) (IRA) | C | Interest | J | T | sell | 01/26 | J | | |
| 12. Wells Fargo Bank Trust #1 | A | Interest | J | T | | | | | |
| 13. Ameican Fund New World (Schwab) IRA | B | Dividend | K | T | sell | 01/30 | J | | |
| 14. RS Global Natural (Schwab) IRA | A | Interest | J | T | buy | 01/30 | | | |
| 15. First Eagle Overseas (Schwab) | A | Interest | J | T | buy | 01/30 | J | | |
| 16. American Funds New World (Schwab) IRA | A | Dividend | J | T | buy | 01/26 | J | | |
| 17. Kensington Select Income (Schwab) IRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 01/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Longleaf Partners Fund IRA (Schwab) | A | Interest | K | T | | | | | |
| 19. Clovis Community Bank | A | Interest | J | T | | | | | |
| 20. Argonaut Corp, Livermore, California 1985 $84,200 Trust #1 | D | Distribution | M | R | | | | | |
| 21. Columbia Housing IX Ltd prtner 1988 $25,767 (trust #1) | B | Distribution | K | R | | | | | |
| 22. Wells Fargo Bank, acct #2 | A | Interest | J | T | | | | | |
| 23. Desert Funding, Inc. Mortgage Note (Trust #1) | D | Interest | M | T | | | | | |
| 24. Macwest Riverside Housing Inv, LLC | | None | M | U | | | | | |
| 25. California State University Revenue Muni Bond | A | Interest | K | T | | | | | |
| 26. Dallas/Ft. Worth, Texas Intl Muni Bond | B | Interest | K | T | | | | | |
| 27. Oregon Go Elderly/Disabled muni bond | A | Interest | J | T | | | | | |
| 28. American Fund Am Cap Fund Schwabb | A | Dividend | K | T | sell | 01/26 | K | | |
| 29. Puerto Rico Electric Power Muni bond | A | Interest | K | T | | | | | |
| 30. San Francisco Intl Airport muni Bond | A | Interest | J | T | | | | | |
| 31. St. Louis MO Airport muni bond | A | Interest | J | T | | | | | |
| 32. Permanent Portfolio (Schwab) | A | Dividend | K | T | sell | 05/01 | | | |
| 33. Bank of America Sub Not corporate bonds | B | Interest | K | T | | | | | |
| 34. General Electric Cap Corporate bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 01/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GTE North Inc bond | A | Interest | J | T | | | | | |
| 36. Key Bank corporate bond | B | Interest | K | T | | | | | |
| 37. Laclede Gas Co 1st mortgage | B | Interest | J | T | | | | | |
| 38. Pacifric Bell corp bond | B | Interest | K | T | | | | | |
| 39. Providence Gas Co bond | A | Interest | J | T | | | | | |
| 40. Prudential Finl Inc corporate bond | B | Interest | K | T | | | | | |
| 41. Southwestern Bell Te. Co corporate bond | B | Interest | K | T | | | | | |
| 42. Bank of America stock | A | Dividend | J | T | sell | 06/17 | J | | |
| 43. American Funds. Fund Inv F, | B | Dividend | J | T | sell | 01/30 | J | | |
| 44. American Funds. Fund Inv F-1 | A | Dividend | K | T | buy | 01/26 | K | | |
| 45. Capital World Growth and Income mutual fund | A | Interest | J | T | | | | | |
| 46. Pureto Rico Convention Center bonds | B | Interest | K | T | | | | | |
| 47. Contra Costa Community College bonds | A | Interest | J | T | | | | | |
| 48. Encinitas Ca Public Library Constructiion Bonds | A | Interest | J | T | | | | | |
| 49. Schwab Govt Money Fund: IRA--Schwabb | A | Interest | K | T | | | | | |
| 50. Morgan Stanley CD (Schwab) | B | Interest | K | T | | | | | |
| 51. Schwab Govt Money Fund: Schwabb | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 01/13/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Vanguad Ca Interm Term Tax Exempt FD (Schwab) | C | Interest | L | T | buy | 01/26 | K | | |
| 53. Vanguard Primecap Core Fund | B | Interest | K | T | | | | | |
| 54. TCW Total Return Bond (schwab) IRA | C | Interest | K | T | buy | 04/17 | | | |
| 55. TCW Total Return Bond (schwab) IRA | C | Interest | K | T | sell | 12/10 | | | |
| 56. JP Morgan Highbridge Stat Mkt Neutral Select CL | B | Dividend | K | T | buy | 08/05 | K | | |
| 57. Loomis Sayles Bond Cl (Schwab) (IRA) | B | Dividend | K | T | buy | 08/05 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 01/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 01/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date   January 14, 2010

NOTE: ANY I[...] FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMIN[...] [...]

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544